**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In Re:

LISA C RIOS A/K/A LISA CAPRISE RIOS
JOSE F. RIOS A/K/A JOSE FRANCISCO
RIOS

CASE NO. 8:12-BK-10560-KRM
CHAPTER 13

Debtor(s)

_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney hereby files this Notice of Appearance on behalf of SUNCOAST SCHOOLS FEDERAL CREDIT UNION in connection with and in any and all proceedings had in the above-styled cause.

PLEASE TAKE FURTHER NOTICE that copies of any and all pleadings, correspondence, etc., are to be mailed to the undersigned counsel at his/her address as set forth below.

/s/ Ashley L. Sigrist
Law Offices of Daniel C. Consuegra, P.L.
x Ashley L. Sigrist/Florida Bar #95068
9204 King Palm Drive
Tampa, Florida 33619-1328
bkfiling@consuegralaw.com
Tel (813) 915-8660
Fax (813) 664-8889
Attorney for Creditor

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing with attachments has been served either by electronic or standard first class mail this 21st day of November, 2012 to; CHRISTOPHER TANCREDO, ESQUIRE, 1306 THONOTOSASSA RD. , PLANT CITY, FL 33563-4336; AND TERRY E. SMITH, TRUSTEE, P.O. BOX 6099, SUN CITY CENTER, FL 33571.

      /s/ Ashley L. Sigrist
      Ashley L Sigrist, Esquire